UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 21-9582-MWF(AGRx)**                                        Date:  March 12, 2024

Title         **Maranda Brooks, et al. v. Jason Shaw, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

     On September 7, 2023, the Court granted Defendants' Ex Parte Application to Modify Scheduling Order.  (*See* Ex Parte Application (Docket No. 36) and Order (Docket No. 37).  Pursuant to the Order, the Court set the following deadlines and dates:

| | |
|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | March 4, 2024 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict forms, and Oppositions to Motions in Limine | March 11, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine | March 25, 2024, at 11:00 a.m. |
| Jury Trial (Est. 5 to 7 Days) | April 9, 2024, at 8:30 a.m. |

     On March 5, 2024, the Court filed an Order Re Pretrial Documents.  (Docket No. 65).  That Order included the Rule 16 documents that Defendants have filed, and that Plaintiffs had not filed their Rule 16 documents.  The Court granted Plaintiffs an extension to noon on March 8, 2024, to file the Rule 16 documents that were due on March 4, 2024, with the deadline to file the remaining documents due March 11, 2024, unchanged.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9582-MWF(AGRx)**                                Date:  March 12, 2024

Title      **Maranda Brooks, et al. v. Jason Shaw, et al.**

On March 8, 2024, Defendants filed a Declaration of Eliot A. Bennion Re: Final Pretrial Conference Order.  (Docket No. 66).  Mr. Bennion advised the Court of Defendants' efforts to comply with the Court's orders.

Plaintiffs did not file the Rule 16 documents that were due by the extended deadline of noon on March 8, 2024.  Plaintiffs also have not filed any of the Rule 16 documents that were due on March 11, 2024.

As warned in the Court's Order filed March 5, 2024 (Docket No. 65), the Final Pretrial Conference on March 25, 2024, and the Jury Trial on April 9, 2024, are **VACATED**.

The Court **ORDERS** Plaintiffs to **SHOW CAUSE** in writing why this action should not be dismissed for failing to comply with the Court's orders and failing to prosecute this action.  The Court will accept Plaintiffs' written response to this Order to Show Cause ("OSC"), along with all overdue Rule 16 documents, by no later than **MARCH 15, 2024.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MARCH 15, 2024**, will result in the dismissal of this action.

IT IS SO ORDERED.